THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN WALDRON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. 3:24-cv-05193-TMC<br><br>CORPORATE DISCLOSURE STATEMENT FOR UNUM LIFE INSURANCE COMPANY OF AMERICA |

Pursuant to Fed. R. Civ. P. 7.1, defendant Unum Life Insurance Company of America provides the following corporate disclosure statement:

Unum Life Insurance Company of America states that its direct parent corporation is Unum Group, a Delaware corporation. Unum Group is a publicly-held corporation that owns 10% or more of the stock of Unum Life Insurance Company of America.

Based on its filings with the Securities and Exchange Commission on Schedule 13G, BlackRock, Inc., and its affiliates own more than 10% of the common stock of Unum Group.

Based on its filings with the Securities and Exchange Commission on Schedule 13G, Vanguard Group, Inc., and its affiliates own more than 10% of the common stock of Unum Group.

///

///

CORPORATE DISCLOSURE STATEMENT OF
UNUM LIFE INSURANCE COMPANY OF
AMERICA - 1
Case No. 3:24-cv-05193-TMC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

DATED: June 4, 2024.

JENSEN MORSE BAKER PLLC

By *s/Gabriel Baker*
  Gabriel Baker, WSBA No. 28473
  Gabe.baker@jmblawyers.com

  520 Pike Street; Suite 2375
  Seattle, WA 98101
  Tel. 206.682.1550

Attorneys for Defendant Unum Life Insurance Company of America

CORPORATE DISCLOSURE STATEMENT OF
UNUM LIFE INSURANCE COMPANY OF
AMERICA - 2
Case No. 3:24-cv-05193-TMC

**JENSEN MORSE BAKER PLLC**
520 P??? S???; S???? 2375
S??????, W????????? 98101
P????: 206.682.1550

**CERTIFICATE OF SERVICE**

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 4th day of June, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

| Counsel for Plaintiff | |
|---|---|
| Stacy Monahan Tucker, WSBA No. 43449<br>Monahan Tucker Law, P.C.<br>14241 NE Woodinville-Duvall Road; Suite 382<br>Woodinville, WA 98072<br>smtucker@mtlawpc.com | ☑ by CM/ECF<br>☑ by Electronic Mail<br>☐ by Facsimile Transmission<br>☐ by First Class Mail<br>☐ by Hand Delivery<br>☐ by Overnight Delivery |

DATED this 4th day of June, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

CORPORATE DISCLOSURE STATEMENT OF UNUM LIFE INSURANCE COMPANY OF AMERICA - 3
Case No. 3:24-cv-05193-TMC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550