**Pro Hac Vice Attorney**

Applicant's Name: Brent Dorian Brehm

Law Firm Name: Kantor & Kantor, LLP

Street Address 1: 9301 Corbin Avenue, Suite 1400

Address Line 2:

City: Northridge   State: CA   Zip: 91324

Phone Number w/ Area Code: 818-886-2525   Bar #: 248983   State: California

Primary E-mail Address: bbrehm@kantorlaw.net

*(Primary email address must be for the Pro Hac attorney and not a subordinate or staff member)*

Secondary E-mail Address: mschwam@kantorlaw.net

*(Additional contact email for questions during the application process)*

# STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, up to and including trial, in the event the applicant Brent Dorian Brehm is unable to be present upon any date assigned by the court.

Date: 06/04/2024   Signature of Local Counsel: s/ Stacy Monahan Tucker

Local Counsel's Name: Stacy Monahan Tucker

Law Firm Name: Monahan Tucker Law

**Address must be within the geographical boundaries of the Western District of Washington per LCR 83.1(d)(2).**

Street Address 1: 14241 Woodinville-Duvall Road

Address Line 2: Suite 382

City: Woodinville   State: WA   Zip: 98072

Phone Number w/ Area Code: 866-823-8275   Bar #: 43449