THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN WALDRON,<br><br>Plaintiff,<br><br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No. 3:24-cv-05193-TMC<br><br>**JOINT STATUS REPORT AND DISCOVERY PLAN** |

Pursuant to Fed. R. Civ. P. 26(f) and the Court's Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement (Dkt. # 7), the parties, through their respective counsel, submit the following Joint Status Report.

**1. NATURE AND COMPLEXITY OF CASE**

This case involves plaintiff's claim for long-term disability benefits brought pursuant to ERISA, 29 U.S.C. § 1132. This case is not complex for adjudicatory purposes.

**2. DEADLINE FOR JOINING PARTIES**

August 1, 2024, will be the deadline for joining all parties.

**3. MAGISTRATE JUDGE**

The parties have not consented to have a Magistrate Judge issue a final decision in this case.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 1
Case No. 3:24-cv-05193-TMC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

**4. DISCOVERY PLAN**

    A. <u>Initial Disclosures</u>.

    The parties waive initial disclosures. Defendant shall produce a proposed record for review to plaintiff by no later than July 15, 2024.

    B. <u>Subjects, Timing, and Potential Phasing of Discovery</u>.

    See statements on discovery below. The parties propose a deadline of October 15, 2024 to complete discovery.

    C. <u>Electronically Stored Information</u>.

    Plaintiff's Statement: The parties will comply with a modified version of the Model Protocol for Discovery of ESI. Plaintiff intends to request ESI in native format.

    Defendant's Statement: Defendant's position is that discovery of ESI is not necessary or appropriate in this matter.

    D. <u>Privilege Issues.</u>

    The parties do not anticipate any privilege issues. The parties will confer and work together regarding any issues relating to privilege.

    E. <u>Proposed Limitations on Discovery</u>.

    Plaintiff's Statement: While the scope of the Court's review, and therefore the scope of discovery, is limited in ERISA cases, there are certain areas into which discovery in such cases is generally allowed, particularly in cases to be decided 1 under the arbitrary and capricious standard of review. See, e.g. Hancock v. Aetna Life Ins. Co., 321 F.R.D. 383 (W.D. Wash. 2017). There is no reason to involve the Court before plaintiff propounds such discovery, as the Federal Rules do not contemplate such a requirement, and the defendant can always move for a protective order under F.R.C.P. 26 if it finds plaintiff's discovery requests objectionable.

    Defendant's Statement: Defendant's position is that this ERISA matter involves a review of the administrative record and that discovery beyond the administrative record is unnecessary and inappropriate.

JOINT STATUS REPORT AND
DISCOVERY PLAN - 2
Case No. 3:24-cv-05193-TMC

JENSEN MORSE BAKER PLLC
520 P<small>IKE</small> S<small>TREET</small>; S<small>UITE</small> 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

F. Discovery Related Orders.

To date, the relationship between counsel has been cordial and information has been exchanged freely between the parties without any need for involving the Court. It is expected that this trend will continue. However, one or more of the parties may ask the Court to determine discovery issues should they arise.

**5. OTHER LOCAL RULE 26(f)(1) MATTERS**

A. Prompt Case Resolution and Alternative Dispute Resolution

The parties will discuss settlement amongst themselves, including the possibility of a private mediation. The parties will also consider requesting a judicial settlement conference if they believe it would be fruitful.

B. Related Cases.

There are no related cases.

C. Discovery Management.

Defendant agrees to produce the administrative record to plaintiff on or before July 15, 2024.

E. Anticipated Discovery Sought.

Plaintiff's Statement: Plaintiff anticipates seeking discovery on limited matters. Plaintiff will request native format ESI of any emails or other electronic messages related to this claim, as well as certain discovery related to the selection of the medical professionals who offered opinions regarding Plaintiff's medical condition at Defendant's request.

Defendant's Statement: Defendant's position is that this ERISA matter involves a review of the administrative record and that discovery beyond the administrative record is unnecessary and inappropriate.

F. Phasing Motions.

Defendant will file the administrative record with the court on or before July 15, 2024. With the Court's approval, the administrative record will be filed under seal because it contains extensive personally identifiable information and confidential medical information regarding

JOINT STATUS REPORT AND
DISCOVERY PLAN - 3
Case No. 3:24-cv-05193-TMC

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
Seattle, Washington 98101
Phone: 206.682.1550

plaintiff. The parties propose the following deadlines for FRCP 52 motions for trial on the administrative record pursuant to *Kearney v. Standard Ins. Co.*, 175 F.3d 1084, 1095 (9th Cir. 1999):

- Plaintiff's dispositive motion: November 5, 2024
- Defendant's combined opposition and dispositive cross motion: December 5, 2024
- Plaintiff's combined reply and opposition to cross motion: January 9, 2025
- Defendant's reply: January 23, 2025

G. <u>Preservation of Discoverable Information</u>.

The parties will preserve all discoverable information.

H. <u>Privilege Issues</u>.

The parties do not anticipate that any privilege issues will pose particular challenges in this case. The parties will work together to address any privilege issues that arise.

I. <u>Model 1 Protocol for Discovery of ESI</u>.

Plaintiff's Statement: The parties will comply with a modified version of the Model Protocol for Discovery of ESI. Plaintiff intends to request ESI in native format.

Defendant's Statement: Defendant's position is that discovery of ESI is not necessary or appropriate in this matter.

J. <u>Alternatives to Model Protocol.</u>

Not applicable at this time.

**6. PATENT CASES ONLY**

Not applicable.

**7. DEADLINE FOR DISCOVERY**

The parties propose a deadline of October 15, 2024, to complete discovery.

**8. BIFURCATION**

Trial of this matter need not be bifurcated in any manner.

**9. PRETRIAL STATEMENTS**

The parties agree to dispense with the pretrial statements and orders required by Local

JOINT STATUS REPORT AND
DISCOVERY PLAN - 4
Case No. 3:24-cv-05193-TMC

JENSEN MORSE BAKER PLLC
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

Rules CR 16(e), (h), (i), and (l), and 16.1.

**10. INDIVIDUALIZED TRIAL PROGRAM**

The parties do not intend to utilize the Individualized Trial Program but may consider engaging in ADR at an appropriate time.

**11. SHORTENING OR SIMPLIFYING OF CASE**

The parties have no suggestions for shortening or simplifying this case.

**12. TRIAL READINESS**

This matter will be ready for hearing on or after February 1, 2025.

**13. NATURE OF TRIAL**

Non-jury, on the record.

**14. TRIAL DAYS REQUIRED**

The parties agree that this matter will be disposed of on FRCP 52 cross motions for trial on the administrative record. The parties request two hours for oral argument, scheduled at the Court's discretion at the conclusion of dispositive briefing.

**15. TRIAL COUNSEL FOR THE PARTIES**

For Plaintiff: Stacy Monahan Tucker, WSBA 43449
Monahan Tucker Law
14241 Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072
E-mail: smtucker@mtlawpc.com
Telephone: (206) 486-3553
Facsimile: (206) 800-7801

Also for Plaintiff:  (pro hac vice application pending)
Brent Dorian Brehm – California State Bar No. 248983
Email: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
9301 Corbin Ave., Suite 1400
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

For Defendant: Gabriel Baker, WSBA No. 28473
Jensen Morse Baker PLLC
520 Pike Street; Suite 2375
Seattle, WA 98101
Phone: (206) 682-1846

JOINT STATUS REPORT AND
DISCOVERY PLAN - 5
Case No. 3:24-cv-05193-TMC

JENSEN MORSE BAKER PLLC
520 Pike Street; Suite 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

Email: gabe.baker@jmblawyers.com

### 16. UNAVAILABLE TRIAL DATES

The parties do not anticipate any unavailable dates.

### 17. SERVICE

Defendant has been served.

### 18. SCHEDULING CONFERENCE

The parties do not anticipate the need for a scheduling conference prior to a scheduling order being entered.

### 19. CORPORATE DISCLOSURE STATEMENTS

Defendant filed its corporate disclosure statement on June 4, 2024.

### 20. REVIEW OF RULES AND PROCEDURES

Undersigned counsel for both parties certify that they have reviewed Judge King's chambers procedures, the Local Rules, and the applicable Electronic Filing Procedures.

### 21. REVIEW AND COMPLIANCE WITH FURTHER STANDING ORDER

Undersigned counsel for both parties certify that they have reviewed and complied with Judge King's Standing Order Regarding 28 U.S.C. § 455(b)(2) and Canon 3(C)(1)(b) of the Code of Conduct for United States Judges.

Dated this 20th day of June, 2024

BY: *s/Gabriel Baker*
For Defendant: Gabriel Baker,
WSBA No. 28473
Jensen Morse Baker PLLC
520 Pike Street; Suite 2375
Seattle, WA 98101
Phone: (206) 682-1846
Email: gabe.baker@jmblawyers.com

BY: *s/Stacy Monahan Tucker per email authority*
For Plaintiff Stacy Monahan Tucker,
WSBA 43449
Monahan Tucker Law
14241 Woodinville-Duvall Road, Suite 382
Woodinville, WA 98072
E-mail: smtucker@mtlawpc.com
Telephone: (206) 486-3553
Facsimile: (206) 800-7801
(pro hac vice application pending)
Brent Dorian Brehm
CA State Bar No. 248983
Email: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP

JOINT STATUS REPORT AND
DISCOVERY PLAN - 6
Case No. 3:24-cv-05193-TMC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

9301 Corbin Ave., Suite 1401
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

JOINT STATUS REPORT AND
DISCOVERY PLAN - 7
Case No. 3:24-cv-05193-TMC

**JENSEN MORSE BAKER PLLC**
520 PIKE STREET; SUITE 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550

# CERTIFICATE OF SERVICE

Pursuant to RCW 9A.72.085, the undersigned certifies, under penalty of perjury under the laws of the United States of America and the State of Washington, that on the 20th day of June, 2024, the document attached hereto was delivered to the below counsel in the manner indicated.

*Counsel for Plaintiff*

Stacy Monahan Tucker, WSBA No. 43449
Monahan Tucker Law, P.C.
14241 NE Woodinville-Duvall Road; Suite 382
Woodinville, WA  98072
smtucker@mtlawpc.com

- ☒ by CM/ECF
- ☒ by Electronic Mail
- ☐ by Facsimile Transmission
- ☐ by First Class Mail
- ☐ by Hand Delivery
- ☐ by Overnight Delivery

*Counsel for Plaintiff*

Glenn R. Kantor, CA Bar No. 122643
Brent Dorian Brehm, CA Bar No. 248983
Kantor & Kantor
9301 Corbin Avenue; Suite 1400
Northridge, CA  91324
Bbrehm@kantorlaw.net
gkantor@kantorlaw.net

*Admitted Pro Hac Vice*

- ☒ by CM/ECF
- ☒ by Electronic Mail
- ☐ by Facsimile Transmission
- ☐ by First Class Mail
- ☐ by Hand Delivery
- ☐ by Overnight Delivery

DATED this 20th day of June, 2024, in Kansas City, MO.

By *s/Gwendolyn M. Wall*
Gwendolyn M. Wall, paralegal

JOINT STATUS REPORT AND
DISCOVERY PLAN - 8
Case No. 3:24-cv-05193-TMC

**JENSEN MORSE BAKER PLLC**
520 Pike Street; Suite 2375
SEATTLE, WASHINGTON 98101
PHONE: 206.682.1550