UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RYAN WALDRON,<br><br>            Plaintiff,<br><br>   v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 3:24-cv-05193-TMC<br><br>ORDER ON PARTIES' PROPOSED JUDGMENT |

On March 28, 2025, the Court issued an order granting Plaintiff's Rule 52 Motion for Judgment and denying Defendant's Cross-Motion. Dkt. 20. The Court asked the parties to meet and confer regarding the benefits owed and to submit a proposed judgment. *Id.* at 36. On April 7, 2025, the parties submitted their respective proposed judgments. Dkt. 21. The Court has reviewed the parties' proposals and related arguments. Accordingly, the Court orders as follows:

- Waldron is entitled to benefits for the 24 months from November 10, 2021 through November 10, 2023 in the amount of $138,666.63, plus $11,019.71 in interest at 5.29%, and reinstatement to the LTD and LI Plans;

- Any overpayments will be resolved pursuant to the plan's terms;

ORDER ON PARTIES' PROPOSED JUDGMENT - 1

- Waldron's entitlement to continued benefits under the LTD and LI Plans after November 10, 2023 is remanded to Unum for determination;
- Because Waldron's application for Social Security Disability Insurance benefits is pending, this judgment does not impact rights under the terms of the LTD Plan regarding deductible sources of income;
- Consistent with the Court's prior Order, which is not altered, Plaintiff shall have 14 days after the entry of this judgment to file a motion for attorney's fees under 29 U.S.C. § 1132(g).

Dated this 8th day of April, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER ON PARTIES' PROPOSED JUDGMENT - 2