# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

RYAN WALDRON

                    Plaintiff,

v.

UNUM LIFE INSURANCE COMPANY OF

AMERICA

                    Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number 3:24-cv-05193-TMC

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Waldron is entitled to benefits for the 24 months from November 10, 2021 through November 10, 2023 in the amount of $138,666.63, plus $11,019.71 in interest at 5.29%, and reinstatement to the LTD and LI Plans. Any overpayments will be resolved pursuant to the plan's terms. Waldron's entitlement to continued benefits under the LTD and LI Plans after November 10, 2023 is remanded to Unum for determination. Because Waldron's application for Social Security Disability Insurance benefits is pending, this judgment does not impact rights under the terms of the LTD Plan regarding deductible sources of income. Consistent with the Court's prior Order, which is not altered, Plaintiff shall have 14 days after the entry of this judgment to file a motion for attorney's fees under 29 U.S.C. § 1132(g).

Dated April 8, 2025.

Ravi Subramanian
Clerk of Court


/s/Courtroom Deputy
Deputy Clerk