THE HONORABLE TIFFANY M. CARTWRIGHT

# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RYAN WALDRON,<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | Civil No. 3:24-cv-05193-TMC<br><br>**NOTICE OF SETTLEMENT OF PLAINTIFF'S CLAIM FOR ATTORNEY'S FEES UNDER 29 U.S.C. § 1132(g).** |

TO THE COURT, DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the parties have reached a settlement of Plaintiff's claim for attorney's fees under 29 U.S.C. § 1132(g) in this matter.

DATED: April 22, 2025          KANTOR & KANTOR, LLP

                                   By    /s/ Glenn R. Kantor
                                        Glenn R. Kantor
                                        Attorneys for Plaintiff
                                        Ryan Waldron

NOTICE OF SETTLEMENT OF PLAINTIFF'S ATTORNEY'S FEES CLAIM
Case No.: 3:24-cv-05193-TMC

Kantor & Kantor, LLP
9301 Corbin Ave., Suite 1400
Northridge, CA 91324
(818) 886-2525